FILED
IN CLERKS OFFICE

2022 NOV 18 AM 11: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 22-cv-11964

JURY TRIAL

WILLIE WALLACE, pro se
Plaintiff

v.

Instacart, et al
Defendants

### COMPLAINT

### PARTIES

1.) Plaintiff: Willie Wallace, pro se, 32 Essex Street, Lynn, Massachusetts 01902.
2.)
3.) Defendant: Instacart Corp., 50 Beale, suite 600, San Francisco, CA. 94107

### JURISDICTION

4.) 28 U.S.C SECTION 1331 et seq

### FACTS

5.) On or about March 24, 2022, Plaintiff, Willie Wallace entered into an Independent Contract Agreement with Instacart as personal shopper and/or delivery driver.
6.) On or about July 5, 2022, this contract was broken by the Defendant(s) without notice.
7.) Plaintiff, Willie Wallace wrote a letter to Instacart requesting a reason for the termination, the defendants failed to reply.
8.) Plaintiff, Willie Wallace called the Defendant(s) several times and Plaintiff was informed that his background check did not clear.
9.) Defendant(s) never gave the Plaintiff and opportunity to dispute whatever it was that cancelled his contract.

### REQUESTED RELIEF

WHEREFORE, Plaintiff is requesting:

A.) That he be awarded $250,000.00 monetary damages.
B.) That he be awarded $250,000.00 punitive.

## REQUEST FOR A JURY TRIAL

Plaintiff, Willie Wallace is further requesting a Jury Trial.

Respectfully submitted,

*Willie Wallace*
Willie Wallace, pro se
32 Essex Street
Lynn, MA 01902

DATE: November 16, 2022